11-8284-CRJ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 11-158 |
| | ) | (UNDER SEAL) |
| v. | ) | |
| | ) | (21 U.S.C. § 846) |
| CHRISTOPHER KLINGENSMITH | ) | |
| SHANNON VIGGIANO | ) | |
| THOMAS KLINGENSMITH, SR. | ) | |
| LARRY JAMES DORSEY | ) | |
| THOMAS KLINGENSMITH, JR. | ) | |
| a/k/a Jamie | ) | |
| DAVID WOOLEY | ) | |
| JAMES CRACRAFT | ) | |
| BOBBI JO KLINGENSMITH | ) | |

2011 JUL 15 AM 8:22

INDICTMENT

The grand jury charges

From in and around September 2008, and continuing thereafter to in and around June 2011, in the Western District of Pennsylvania and elsewhere, the defendants, CHRISTOPHER KLINGENSMITH, SHANNON VIGGIANO, THOMAS KLINGENSMITH, SR., LARRY JAMES DORSEY, THOMAS KLINGENSMITH, JR. a/k/a Jamie, DAVID WOOLEY, JAMES CRACRAFT, and BOBBI JO KLINGENSMITH, did knowingly, intentionally and unlawfully conspire with one another and with persons both known and unknown to the grand jury, to distribute and possess with intent to distribute a quantity of oxycodone, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

In violation of Title 21, United States Code, Section 846.

A True Bill,

*[signature]*
FOREPERSON

*[signature]*
DAVID J. HICKTON
United States Attorney
PA ID No. 34524